UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-00056-C

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO |
| | ) | SEAL GOVERNMENT'S |
| | ) | EMERGENCY MOTION TO |
| | ) | CONTINUE TRIAL |
| DEVON MARQUE THOMAS | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Emergency Motion to Continue the Trial, and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the defendants' attorney.

ENTERED this 12th day of March, 2026.

_____

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE