UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-00056-C

UNITED STATES OF AMERICA )
)
v. )
)
DEVON MARQUE THOMAS )

## ORDER GRANTING A CONTINUANCE OF THE TRIAL

AND NOW, to-wit, this 12th day of March, 2026, upon consideration of the Government's Emergency Motion for Continuance of the Trial in the above-captioned matter currently scheduled for March 23, 2026, it is hereby ORDERED and ADJUDGED that said motion is GRANTED.

The Court finds that based upon the Government's Emergency Motion to Continue the Trial good cause has been shown. As a result, the Court further finds and orders that that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties are ORDERED to contact the court's scheduling deputy within the next 7 days to reset this matter for trial within sixty (60) days.

DONE and ORDERED this 12th day of March, 2026 in Roanoke, Virginia.

_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE