IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 7:25-cr-00056 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEVON MARQUE THOMAS, | ) | By: Hon. Thomas T. Cullen<br>United States District Judge |
| | ) | |
| Defendant. | ) | |

On July 9, 2026, Defendant Devon Marque Thomas appeared before Magistrate Judge Robert B. Jones Jr. and entered a plea of guilty to Count 1 of the Indictment (ECF No. 85.) His plea was accepted and Judge Jones recommended that this court adjudge him guilty of the offense. (ECF No. 83.) The parties had 14 days to file objections to Judge Jones's recommendation, but none were filed. *See* Fed. R. Crim. P. 59(b)(2). The court has reviewed the record—and specifically Judge Jones's finding that Defendant's plea was knowing and voluntary—and hereby adjudges Defendant Devon Marque Thomas **GUILTY** of Count 1 of the Indictment.

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 30th day of July, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE