IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVON MARQUE THOMAS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 7:25-cr-00056-C<br><br>**ORDER**<br><br>By: Hon. Thomas T. Cullen<br>United States District Judge |

This matter is before the court on Defendant Devon Marque Thomas's motion to seal. (ECF No. 96.) Finding good cause to do so and specifically noting that Defendant's interest in the privacy of the information contained in his sealed filing outweigh the presumption of openness of judicial records/proceedings and the public's right to access court records under both the First Amendment and the common law, Defendant's motion to seal is hereby **GRANTED**.

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 17th day of August, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE