IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 7:25-cr-00056-C |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEVON MARQUE THOMAS, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

This matter is before the court on the Government's motion to seal. (ECF No. 103.) Finding good cause to do so and specifically noting that Defendant's interest in the privacy of the information contained in the sealed filing outweigh the presumption of openness of judicial records/proceedings and the public's right to access court records under both the First Amendment and the common law, the motion to seal is hereby **GRANTED**. Both the Government's sentencing memorandum (ECF No. 102) and the motion to seal (ECF No. 103) shall remain UNDER SEAL until further order of this court.

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 18th day of August, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE